No. 81–6348.  WILSON *v.* UNITED STATES.  C. A. 3d Cir.
Certiorari denied.

No. 81–6374.  BOSTON *v.* DIFANIS.  C. A. 7th Cir.  Certiorari denied.

No. 81–6387.  BARBEE *v.* MITCHELL, WARDEN.  C. A.
4th Cir.  Certiorari denied.

No. 81–6392.  ZARCONE *v.* PERRY ET AL.  Ct. App. N. Y.
Certiorari denied.

No. 81–6393.  AHMED *v.* EIKERENKOETTER.  Ct. App.
D. C.  Certiorari denied.

No. 81–6397.  ARROYO *v.* NEW YORK.  Ct. App. N. Y.
Certiorari denied.

No. 81–6399.  KOOP ET AL. *v.* IOWA.  Sup. Ct. Iowa.
Certiorari denied.

No. 81–6402.  HYPPOLITE *v.* ABC ET AL.  C. A. 11th Cir.
Certiorari denied.

No. 81–6403.  CHASE *v.* MAGGIO ET AL.  Sup. Ct. La.
Certiorari denied.

No. 81–6412.  MCLAUGHLIN ET AL. *v.* CITY OF LA-
GRANGE, GEORGIA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 81–6413.  BELASCO *v.* CALIFORNIA.  Ct. App. Cal.,
2d App. Dist.  Certiorari denied.

No. 81–6414.  DAVIS *v.* PARRATT, WARDEN, NEBRASKA
STATE PENITENTIARY.  C. A. 8th Cir.  Certiorari denied.